UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO CAMPA LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>BURRIS, et al.,<br><br>Defendants. | Case No. 13-cv-03330-JD<br><br>**ORDER**<br><br>Re: Dkt. Nos. 20, 21, 22 |

Plaintiff proceeds with a pro se civil rights action under 42 U.S.C. § 1983. Plaintiff has filed a motion for the appointment of counsel and for clarification. The Ninth Circuit has held that a district court may ask counsel to represent an indigent litigant only in "exceptional circumstances," the determination of which requires an evaluation of both (1) the likelihood of success on the merits, and (2) the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991). Plaintiff appears able to present his claims adequately, and the issues are not complex. Therefore, the motion to appoint counsel (Docket No. 22) is **DENIED**. Plaintiff need not file a case management statement therefore his motions for clarification (Docket Nos. 20, 21) are **DENIED**.

**IT IS SO ORDERED.**

Dated: September 3, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO CAMPA LOPEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>BURRIS, et al.,<br><br>    Defendants. | Case No.   13-cv-03330-JD<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 9/4/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roberto Campa Lopez
C22294
P.O. Box 29066
Represa, CA 95671

Dated: 9/4/2014

                                             Richard W. Wieking
                                             Clerk, United States District Court

By:_____*Lisa R. Clark*_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO