UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO CAMPA LOPEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>R. RICE, et al.,<br><br>        Defendants. | Case No. 13-cv-03330-JD<br><br>**JUDGMENT** |

      Pursuant to the order of dismissal signed today, a judgment of dismissal with prejudice is entered against plaintiff.

      **IT IS SO ORDERED.**

Dated: June 6, 2016

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERTO CAMPA LOPEZ,

    Plaintiff,

  v.

R. RICE, et al.,

    Defendants.

Case No. 13-cv-03330-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 6, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roberto Campa Lopez
CSP-Sacramento C7-214L
C22294
P.O. Box 29066
Represa, CA 95671

Dated: June 6, 2016

Susan Y. Soong
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO